FREDERICK STICKLE, PLAINTIFF-RESPONDENT, v. JOHN R. TRIMMER, DEFENDANT-PETITIONER.

See same case below: 50 *N. J. Super.* 518.

*Mr. Paul L. Blenden* for the petitioner.

*Mr. Paul Colvin* for the respondent.

October 13, 1958. Denied.

ELISE L. GRUNDLEHNER, *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. J. HENRY DANGLER, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 51 *N. J. Super.* 53.

*Messrs. Roberts, Pillsbury & Carton* and *Mr. Henry J. Saling* for the petitioners.

*Messrs. Mirne & Nowels* for the respondents.

October 13, 1958. Granted.